PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

RECEIVED SEP 30 2010 FAITH S. HOCHBERG U.S. DISTRICT JUDGE

Name of Offender: Christopher Heins                                   Cr.: 04-00677-002

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg
                                     United States District Judge

Date of Original Sentence: 10/25/06

Original Offense: Conspiracy to Transport Stolen Property in Interstate Commerce

Original Sentence: Imprisonment - 10 months; Supervised Release - 3 years; Restitution - $3,600,000; Fine - $50,000; Special Assessment - $100; Special Conditions - Six Months Community Corrections Center; Financial Disclosure; No New Debt/Credit; Drug Treatment/Testing; Cooperate with IRS; No Employment in Telemarketing, Solicitation of Monies, or Other Forms of Telephone Sales; DNA Testing

Type of Supervision: Supervised Release                    Date Supervision Commenced: 11/08/07

The above-referenced individual was sentenced by Your Honor on October 25, 2006, for the offense of Conspiracy to Transport Stolen Property in Interstate Commerce. The offender was sentenced to a ten month term of imprisonment and a three year term of supervised release, which included six months in a community corrections center, restitution of $3,600,000, a $50,000 fine, and a $100 special assessment.

Mr. Heins has been compliant with the conditions of his supervised release and has maintained a positive adjustment throughout the period of supervision. Mr. Heins has maintained employment at Heritage Construction Enterprises, Inc., in Ship Bottom, New Jersey, since August 20, 2008.

Mr. Heins has satisfied his special assessment in full. Mr Heins has made good faith restitution payments, specifically, a $500 payment each month that was set by the Court. Mr. Heins' payments have been consistent and timely throughout the course of his supervision. Home inspections have revealed that the offender does not appear to be living above his means. A Personal Financial Statement was recently completed by the offender and sent to the U.S. Attorney's Financial Litigation Unit for review. They concurred that the offender's payment should remain at $500 per month. According to the OPERA provided by the Clerk's Office, Mr. Heins has paid $53,473.77 toward his restitution to date, and the balance as of this writing is $3,546,526.23. We note that this order was joint and several. Additionally, given the outstanding restitution balance, nothing has been applied toward the offender's $50,000 fine.

We are informing you that the offender does not have the ability to satisfy the restitution obligation, nor the fine obligation in full prior to the expiration of supervision on November 7, 2010. Mr. Heins's outstanding restitution and fine balances are not as a result of a willful failure to pay, but rather an inability to pay.

Given the circumstances in this case, we respectfully request that Mr. Heins's supervised release be allowed to expire as scheduled with the restitution and fine balances remaining. Furthermore, we have notified the Financial Litigation Unit of the U.S. Attorney's Office, and they will continue with the collection of the restitution following Mr. Heins's expiration of supervision. Finally, we have advised Assistant U.S. Attorney Stacey A. Levine of our plan and are awaiting the Government's response.

Should your Honor wish to discuss this matter further or require additional information, the undersigned officer can be reached directly at 609-638-6915. Should Your Honor concur with this recommendation, please sign below. Should Your Honor request an alternative course of action, please advise.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Christine M. Rennie
U.S. Probation Officer
09/28/10

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

[X] Allow Supervision to Expire with Restitution and Fine Balance Remaining
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

10/4/2010
Date